

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  05-3127 |
| | ) | |
| ONE 1987 PETERBILT 379 SEMI-TRACTOR, VIN #1XP5D29X8HN213023 (COUNT I); ONE 1979 PETERBILT AUTO CARRIER SEMI-TRAILER, VIN #BTL6050 (COUNT II), | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## OPINION AND DEFAULT JUDGMENT

JEANNE E. SCOTT, U.S. District Judge:

WHEREAS, the United States of America, Plaintiff, has moved this Court for the entry of a final judgment by default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, against Jose Valencia, Adrian Munoz, Martha Valenzuela and any other known and unknown potential claimants, and for the forfeiture of the Defendants; and

WHEREAS, the United States of America has shown that there is probable cause to believe that the Defendants were used or intended to be

1

used to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of a controlled substance, in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801, et seq., and are, therefore, subject to forfeiture to the United States of America, pursuant to 21 U.S.C. § 881(a)(4); and

WHEREAS, service of process requirements have been met, and all potential claimants have received notice by publication of the pendency of this action; and

WHEREAS, the claims of Jose Valencia and Adrian Munoz have been stricken, and no one else has timely filed a claim and answer to defend the Defendants; and

WHEREAS, Jose Valencia, Adrian Munoz, and the potential known claimants are not infants or incompetent persons and are not in the military within the purview of the Soldiers and Sailors Civil Relief Act of 1940, as amended; and

WHEREAS, on July 19, 2006, an Entry of Default was entered and filed against the Defendants, Jose Valencia, Adrian Munoz, Martha Valenzuela, and any other known and unknown potential claimants.

THEREFORE, the United States' Motion for Default Judgment (d/e

28) is Allowed. It is ordered, adjudged and decreed as follows:

    1.    A judgment of default is hereby entered against the Defendants, Jose Valencia, Adrian Munoz, Martha Valenzuela, and any other known and unknown potential claimants.

    2.    The Defendants are hereby forfeited to the United States of America and no other right, title or interest shall exist therein.

    3.    The Defendants are to be disposed by the United States Marshal Service in accordance with law.

IT IS THEREFORE SO ORDERED.

ENTER: September 15, 2006.

    FOR THE COURT:

                                          s/ Jeanne E. Scott
                                              JEANNE E. SCOTT
                                    UNITED STATES DISTRICT JUDGE